IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00351-RJC-DCK

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| FERNANDO CONTRERAS GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's Motion to Dismiss, (Doc. No. 4), the Indictment, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the government's motion, (Doc. No. 4), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: June 29, 2022

Robert J. Conrad, Jr.
United States District Judge